UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23970-CMA

**VICTOR ARIZA**,

    Plaintiff,

vs.

**FIORETTI FULFILLMENT, LLC.,**
**d/b/a ONE 0 ONE, a Florida limited**
**liability company,**

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant FIORETTI FULFILLMENT LLC, d/b/a ONE 0 ONE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  March 24, 2023.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**MAMONE VILLALON, PLLC**
Counsel for Defendant
75 Valencia Avenue, Suite 300
Miami, FL  33134
(305) 203-4011
ramsey@mvlawpllc.com

By   ____/s/ Ramsey Villalon_____
         RAMSEY VILLALON
         Fla. Bar No. 115178